Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 NOV 26 PM 2:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**ARREST ON OUT-OF-DISTRICT OFFENSE**

Magistrate Case Number: **'07 MJ 2751**

The person charged as  JOSE FERNANDEZ-GASTELUM  now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the  EASTERN DISTRICT  District of  MICHIGAN 

with  Title 21 USC 846 / Conspiracy to Distribute/Possess WID Controlled Substances , in

violation of  CONSPIRED AND AGREED TO KNOWINGLY AND INTENTIONALLY (a) POSSESS WITH INTENT TO DISTRIBUTE AND (b) DISTRIBUTE 1000 KILOGRAMS OR MORE OF A MIXTURE OR SUBSTANCE CONTAINING A DETECTABLE AMOUNT OF MARIJUANA 

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 11/26/07

_____
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: 11/26/07

_____
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
Eastern District of Michigan, Southern Division

AUSA Abraham
DEA Nedoff

UNITED STATES OF AMERICA

v.

**WARRANT FOR ARREST**

Case No.

D-5 JOSE FERNANDEZ GASTELUM

**07-20484**

TO: The United States Marshal
and any Authorized United States Officer

PAUL V. GADOLA

**YOU ARE HEREBY COMMANDED** to arrest **Jose Fernandez Gastelum** and bring him or her forthwith to the nearest magistrate to answer a(n)

✓ Indictment  _ Information  _ Complaint  _ Order of Court  _ Violation Notice  _ Probation Violation Petition

charging him or her with marijuana conspiracy in violation of Title 21 United States Code, Section 846.

DAVID J. WEAVER
Name of Issuing Officer

COURT CLERK
Title of Issuing Officer

**TAMMY M. HALLWOOD**
Signature

10-3-07  Flint, MI
Date and Location

Bail fixed at $ _____  by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/93) Warrant for Arrest

FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OCT - 3 2007

U.S. DISTRICT COURT
FLINT, MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NO.  07-20484

HON. PAUL V. GADOLA

HON. STEVEN D. PEPE



D-5 JOSE FERNANDEZ GASTELUM,

    Defendants.

_____/

### PETITION AND ORDER
### TO SEAL INDICTMENT AND ARREST WARRANTS

The United States of America, through its undersigned attorneys, requests that the indictment, arrest warrants, and attendant documents in this case be sealed until the defendants are arrested and brought before the Court for arraignment for the following reasons:

    1.    That the United States is apprehensive that one or more of the defendants may flee the jurisdiction if they become aware that an indictment has been returned against them.

CERTIFIED COPY
[illegible]
[illegible] DISTRICT OF MICHIGAN

BY _____
DEPUTY CLERK

2. That the United States is apprehensive that there is danger of harm to potential government witnesses if the defendants become aware of the indictment prior to their arrest.

Therefore, the government respectfully requests that the indictment, arrest warrants, and attendant documents in this case be sealed until the defendants are brought before the Court for arraignment.

Respectfully submitted,

STEPHEN J. MURPHY
United States Attorney

Dated: 10/3/07

NANCY A. ABRAHAM (P42060)
Assistant United States Attorney
600 Church St., Ste. 200
Flint, MI 48502-1280
(810) 766-5034

IT IS SO ORDERED.

Dated: 10/3/07

STEVEN D. PEPE
United States Magistrate Judge

FILED

OCT - 3 2007

U.S. DISTRICT COURT
FLINT, MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

NO. 07-20484

HON. PAUL V. GADOLA

D-1
D-2
D-3
D-4
D-5  JOSE FERNANDEZ GASTELUM,

    Defendants.
_____/

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
21 U.S.C. §846; Marijuana Conspiracy



D-1
D-2
D-3
D-4
D-5  JOSE FERNANDEZ GASTELUM,

That beginning sometime in the fall of 2000 and continuing until about January 27, 2006, in the Eastern District of Michigan and elsewhere,

and JOSE FERNANDEZ GASTELUM did knowingly conspire with each other and with other persons to possess with intent to distribute and to distribute more than one thousand kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### COUNT TWO
### 21 U.S.C. § 853; Forfeiture

D-1
D-2
D-3
D-4
D-5   JOSE FERNANDEZ GASTELUM,

1) Upon conviction of the controlled substance violation of Title 21, United States Code, Section 846 alleged in Count One of this Indictment, the defendants  JOSE FERNANDEZ-GASTELUM, shall, pursuant to Title 21, United States Code, Section 853(a), forfeit to the United States any property constituting or derived from any proceeds the defendants obtained, directly or indirectly, as the result of such violation including, but not limited to, proceeds of at least $1,320,000 derived from the sale or delivery of at least 1000 kilograms of marijuana or a sum of money equal thereto for which defendants are jointly and severally liable;

2) Upon conviction of the controlled substance violation of Title 21, United States Code, Sections 846 alleged in Count One of this Indictment, the defendants

Indictment - Page 2

JOSE FERNANDEZ-GASTELUM, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓ shall, pursuant to Title 21, United States Code, Section 853(a), forfeit to the United States any of the defendants' property used, or intended to be used, in any manner or part to commit or to facilitate the commission of such violation including, but not limited to:

(A) Real Property:

(I) 9665 Northwest Court, Clarkston, Oakland County, Michigan 48346 and

being more fully described as:

Lot 2 of VALENTINE'S INDUSTRIAL PLAT, according to the plat thereof recorded in Liber 179 of Plats, page(s) 14 of Oakland County Records; commonly known as: 9665 Northwest Court, Clarkston, MI 48346. Parcel ID: 07-26-327-002

(ii) 3284 Joslyn Rd., Auburn Hills, Oakland County, Michigan 48326-1431 and

being more fully described as:

Lots 13 and 14 of Supervisor's Plat No. 5, as recorded in Liber 50 of Plats, page 23, Oakland County Records, except the following described parcel: Beginning at the Northwest corner of Lot 13; thence South 31°15'30" West along the Southeasterly line of Joslyn Road (66 feet wide) 317.10 feet; thence South 71°48'30" East 180 feet; thence North 31°15'30" East 393.22 feet to the North line of Lot 13; thence North 86°17'10" West along the North line 210.69 feet to the point of beginning of said exception, also excepting part of said Lot 14, conveyed to the Board of County Road Commissioners for the County of Oakland, described as follows: Beginning at the Southwest corner of Lot 14; thence along the Westerly line of said Lot 14, North 31°15'30" East 215.12 feet; thence South 71°48'30" East 43.12; thence South 31°15'30" West 196.07 feet; thence South 86°49'30" West 50.92 feet along the South line of Lot 14 to the point of beginning of said exception, and also excepting part of said Lots 13 and 14, more particularly described as: Beginning at the Northeast corner of said Lot 13; thence South 46°34'35" West 145.30 feet; thence South 18°13'31" West 86.33 feet; thence South 01°30'25" East

Indictment - Page 5

76.03 feet; thence South 27°49'30" East 81.41 feet; thence South 58°52'40" East 115.05 feet; thence South 89°51'03" East 16.0 feet to a point on the East line of said Lot 14; thence North 03°13'38" West 390.0 feet along the East line of said Lots 13 and 14 to the point of beginning of said exception. Parcel ID: 14-09-202-027

(iii)   11319 Hillside, Putnam Township, Livingston County, Michigan and being

more fully described as:

SEC 31 T1N R4E COM SE COR OF SUPERVISOR'S PLAT OF WEISS LANDING #2 TH N4*W 350.18 FT TO POB, TH N4*W 121 FT, TH N87*E 300 FT, TH N70*E 791.24 FT, TH S4*E 353.02 FT, TH S87*W 1067.27 FT TO POB 5 AC M/L SPLIT 8/91 FROM 012, Parcel Number 4714-31-100-026

and   SEC 31 T1N R4E COM SE COR SUPERVISOR'S PLAT OF WEISS LANDING #2 TH N4*W 471.18 FT TO POB, TH N4*W 190.1 FT, TH S87*W 81.27 FT, TH N5*E 300.5 FT, TH N87*E 680.66 FT, TH N5*E 331.7 FT TH N2*W 30 FT TH N87*E 353 FT, TH S4*E 629.08 FT, TH S70*W 791.24 FT, TH S87*W 300 FT TO POB 13.57 AC SPLIT 8/91 FROM 012 TO POB 5 AC M/L SPLIT 8/91 FROM 012, Parcel Number 4714-31-100-027

3) If any of the property described in paragraphs 1 and 2 hereof as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants —

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred to, sold to, or deposited with a third party;

c.   has been placed beyond the jurisdiction of this Court;

Indictment - Page 6

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

the United States of America, pursuant to Title 21, United States Code, Section 853(p), intends to seek forfeiture of all other property of the defendants up to the value of the forfeitable property described in paragraphs 1 and 2.

THIS IS A TRUE BILL.

s/Grand Jury Foreperson
FOREPERSON

Dated: October 3, 2007

STEPHEN J. MURPHY
United States Attorney

s/NANCY A. ABRAHAM
Assistant United States Attorney
600 Church St., Ste. 210
Flint, MI 48502
Telephone: (810) 766-5034
Fax: (810) 766-5427
Email: Nancy.Abraham@usdoj.gov
P42060

ROBERT W. HAVILAND (P25665)
Assistant United States Attorney-in-Charge