(SEALED) UNSEALED AS OF 11/29/07

# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v. JOSE FERNANDEZ-GASTELUM    [1]    07MJ2751

The Honorable: ANTHONY J. BATTAGLIA

Atty    JOSEPH MCMULLEN, FD (S/A)    for    []    -
Atty    MAYRA GARCIA (N/A)    for    [1]    - CJA
Atty                                      for    []    -

AJB07-1:1437-1441

AUSA: JEFFREY MOORE

DOA: 11/22/07
F/A: 11/26/07

DFT INFORMED OF CHARGES

ID/REMOVAL HEARING SET FOR 12/06/07 @ 9:30 A.M. BEFORE MAGISTRATE JUDGE PAPAS.

GOVTS ORAL MOTION FOR DETENTION AS TO RISK OF FLIGHT.

DETENTION HEARING SET FOR 11/29/07 @ 3PM BEFORE MAGISTRATE JUDGE BATTAGLIA.

Date: 11/26/07

END OF FORM                                by    YMM

2ppv