# MINUTES OF THE UNITED STATES DISTRICT COURT

| USA v. | JOSE FERNANDEZ-GASTELUM | [1] | 07MJ2751 |
|---|---|---|---|
| | | [] | [] |

The Honorable: BATTAGLIA

| Atty | MAYRA GARCIA | for | [1] | - | CJA |
|---|---|---|---|---|---|
| Atty | | for | [] | - | |
| Atty | | for | [] | - | |

AJB07-1: 1454-1457

Ausa: Jeffrey Moore

Govts Oral Motion to Unseal as to defendant Jose Fernandez-Gastelum only - Granted.

Dft waives right to detention/bail hearing, without prejudice.
Dft Ordered detained without bail.

Court to prepare order.

~~ID~~ /Removal date of 12/06/07 @ 9:30 a.m. before Magistrate Judge Papas - Confirmed.

Date: 11/29/07

END OF FORM

by YMM