MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DECEMBER 11, 2007

HON. **BARBARA L. MAJOR**         DEPUTY CLERK: **M. BEHNING**

07MJ2751          USA       VS     JOSE FERNANDEZ-GASTELUM(1/C/SE)06616298


1: JAMES WARNER, RET

AUSA: MICHELLE PETTIT

==================================================================
BLM07-2:163-668


DEFT WAIVES I.D. HEARING
WAIVER OF RULE 5(c) and 5.1(a) HEARINGS FILED
COURT ORDERS DEFT REMOVED TO THE EASTERN DISTRICT OF MICHIGAN
WARRANT OF REMOVAL SUBMITTED